IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LEONARD SHACK,                  )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      2:19cv402-MHT
                                )          (WO)
ALABAMA DEPARTMENT OF           )
CORRECTIONS, et al.,            )
                                )
     Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 15) is adopted to the extent set forth in the opinion entered today.

(2) Plaintiff's claims against defendants the Alabama Department of Corrections and the State of Alabama are dismissed with prejudice, and said defendants are dismissed and terminated as parties. All other claims remain pending.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the magistrate judge for further proceedings.

DONE, this the 20th day of September, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**